UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TEKLEMARIAM DANIEL HAGOS,

          Plaintiff,

  v.

CITY OF SEATTLE,

          Defendant.

CASE NO. 2:22-cv-00191-RSM-BAT

**ORDER DISMISSING CASE**

Having reviewed the Report and Recommendation of the assigned United States Magistrate Judge, any objections to that, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    The case is dismissed with prejudice.

    (3)    The Clerk is directed to send copies of this Order to the parties.

DATED this 25th day of March, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CASE - 1